IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| BRAYLON RAY COULTER, §<br>  #23016447, BOP #58976-177 §<br>                    MOVANT, §<br> §<br>v. §<br> §<br> §<br>UNITED STATES OF AMERICA, §<br>                    RESPONDENT. § | CIVIL CASE NO. 3:23-CV-1422-M-BK<br>(CRIMINAL CASE NO.  3:19-CR-68-M-1) |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case.   Objections were filed [ECF No. 3].   The District Court reviewed *de novo* those portions of the proposed Findings, Conclusions, and Recommendation to which objection was made, and reviewed the remaining proposed Findings, Conclusions, and Recommendation for plain error. Finding no error, the Court ACCEPTS the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

SO ORDERED this 1st day of August, 2023.

BARBARA M. G. LYNN
SENIOR UNITED STATES DISTRICT JUDGE